Hoi Trinh v Nguyen

2026 NY Slip Op 02592

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

HOI TRINH, PLAINTIFF-APPELLANT, FATHER

v

JOSEPH THIEN NGUYEN, DEFENDANT-RESPONDENT.

Decided on April 24, 2026

MOTION NO. (793/25) CA 24-01796.

Present: Curran, J.P., Bannister, Ogden, Delconte, And Hannah, JJ. (Filed Apr. 24, 2026.)

[*1]

MEMORANDUM AND ORDER

Motion for reargument or leave to appeal to the Court of Appeals denied.